WANDA COLÓN CORTÉS, LILLIAN ROHENA y las COMUNIDADES OPUESTAS A LA RUTA 66, demandantes y recurridos, *v.* JUNTA DE CALIDAD AMBIENTAL y la AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO, demandados y peticionarios.

*Números:* CC-98-161        *Resueltos:* 9 de julio de 1999
CC-98-163

*Fernando Molini Vizcarrondo,* de la *Junta de Calidad Ambiental,* abogado de la peticionaria; *Juan Carlos Fierres,* del *Bufete Martínez Odell & Calabria, Melvin E. Maldonado Colón, Luis A. Rivera Cabrera* y *Raúl Castellanos Malavé,* de la *Autoridad de Carreteras y Transportación de Puerto Rico,* abogados de la peticionaria; *Jessica Rodríguez Martín,* de la *Clínica de Asistencia Legal de la Universidad de Puerto Rico,* abogada de la parte recurrida.

SALA ESPECIAL DE VERANO integrada por el Juez Asociado Señor Rebollo López, como su Presidente, la Juez Asociada Señora Naveira de Rodón y el Juez Asociado Señor Fuster Berlingeri.

## RESOLUCIÓN

A la moción informativa de 15 de junio de 1999, radicada por la Junta de Calidad Ambiental, *el Tribunal se da por enterado.*

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. La Juez Asociada Señora Naveira de Rodón emitió un voto particular, al cual se une el Juez Asociado Señor Fuster Berlingeri.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*

— O —

Voto particular emitido por la Juez Asociada Señora Naveira de Rodón, al cual se une el Juez Asociado Señor Fuster Berlingeri.

El 15 de junio de 1999, la Junta de Calidad Ambiental (en adelante J.C.A.) presentó una moción titulada "Moción informativa" con la cual acompañó la resolución que emitiera el 14 de junio de 1999, R-99-21-1 en el caso de la "Ruta 66". En dicha moción nos solicita que tomemos "conocimiento de la Resolución R-99-21-1 [y que determinemos] como adecua[da] y comple[ta] la DIA Final sometida por la Autoridad de Carreteras y Transportación para el proyecto propuesto Ruta 66".

Nos sorprende grandemente esta petición, ya que este asunto se encuentra en la actualidad en revisión ante el Tribunal de Circuito de Apelaciones. Resulta inapropiado que una parte pretenda, mediante la presentación de una supuesta moción informativa, obviar el trámite apelativo establecido, trayendo ante este Tribunal, a destiempo, un asunto que, como ya expresáramos, aún se encuentra ante la consideración del tribunal apelativo intermedio. Es deber de la representación legal de las partes evitar la mala utilización de los procedimientos judiciales. Este proceder ocupa innecesariamente el tiempo y los escasos recursos de los tribunales, y contribuye al congestionamiento y atraso en la resolución de los casos. No permitiremos este tipo de conducta.